# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE, Individually and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYSTATE HEALTH SYSTEM, INC.,<br><br>Defendant. | Case No.: 1:25-CV-10337-JEK |

## DEFENDANT BAYSTATE HEALTH, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant Baystate Health, Inc. respectfully requests this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiff's Amended Complaint, for failure to state a claim upon which relief can be granted. This Motion is supported by the accompanying Memorandum of Law.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) Defendant Baystate Health, Inc. respectfully requests a hearing on its Motion to Dismiss.

Dated:  March 21, 2025

Respectfully submitted,

BAYSTATE HEALTH SYSTEM, INC.

By: */s/ Lisa Oliver White*
Lisa Oliver White, BBO# 666841
**SHOOK, HARDY & BACON L.L.P.**
One Federal Street, Suite 2620
Boston, MA 02110
Tel: (617) 531-1411
lowhite@shb.com

Tammy B. Webb (*pro hac vice*)
Aubrey Kramer (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900
twebb@shb.com

Jad Sheikali (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
111 South Wacker Drive
Chicago, IL 60606
Tel: (312) 704-7700
jsheikali@shb.com

Anna A. Gadberry (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550
agadberry@shb.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    I, Lisa Oliver White, do hereby certify that on March 21, 2025, a true and correct copy of the foregoing document was served upon all counsel of record via the CM/ECF system of the United States District Court for the District of Massachusetts.

                                                              */s/ Lisa Oliver White*
                                                              Lisa Oliver White