**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANE DOE, Individually and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYSTATE HEALTH SYSTEM, INC.,<br><br>Defendant. | Case No.: 1:25-CV-10337-JEK |

**DEFENDANT BAYSTATE HEALTH, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Baystate Health, Inc. ("Baystate") submits this Notice of Supplemental Authority to direct the Court's attention to a recent decision of the United States District Court for the District of Massachusetts in *Goulart, et al. v. Cape Cod Healthcare Inc.,* No. 25-10445-RGS (D. Mass. June 24, 2025), which is highly relevant to Baystate's pending Motion to Dismiss Plaintiff Jane Doe's Amended Complaint [ECF No. 25]. In *Cape Cod*, the Court dismissed plaintiffs' Electronic Communications Privacy Act claim under similar circumstances holding the crime-tort exception does not apply where the defendant's primary motivation was not to commit a crime or tort but to advance a commercial purpose. A copy of the *Cape Cod* decision, which further supports points raised in Baystate's Motion to Dismiss, is attached as Exhibit A for the Court's consideration.

Dated: June 26, 2025

Respectfully submitted,

BAYSTATE HEALTH SYSTEM, INC.

By: */s/ Lisa Oliver White*

Lisa Oliver White, BBO# 666841
**SHOOK, HARDY & BACON L.L.P.**
One Federal Street, Suite 2620
Boston, MA 02110
Tel: (617) 531-1411
lowhite@shb.com

Tammy B. Webb (*pro hac vice*)
Aubrey Kramer (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900
twebb@shb.com

Jad Sheikali (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
111 South Wacker Drive
Chicago, IL 60606
Tel: (312) 704-7700
jsheikali@shb.com

Anna A. Gadberry (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550
agadberry@shb.com

***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

I, Jad Sheikali, do hereby certify that on June 26, 2025, a true and correct copy of the foregoing document was served upon all counsel of record via the CM/ECF system of the United States District Court for the District of Massachusetts.

*/s/ Jad Sheikali*
Jad Sheikali