**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANE DOE, Individually and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYSTATE HEALTH SYSTEM, INC.,<br><br>Defendant. | Case No.: 1:25-CV-10337-JEK |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Jane Doe ("Plaintiff") submits this Response to Defendant's Notice of Supplemental Authority to direct the Court's attention to a recent decision of the United States District Court for the Southern District of New York in *Pattison v. Teledoc Health, Inc.*, No. 23-cv-11305 (NSR), 2025 WL 1756364 (S.D.N.Y. June 25, 2025), which is highly relevant to Plaintiff's Opposition to Baystate's pending Motion to Dismiss Plaintiff's Amended Complaint [ECF No. 30]. In *Teledoc*, the court denied Defendant's Motion to Dismiss for violations of the Electronic Communications Privacy Act under similar circumstances holding the crime-tort exception does apply where the defendant had the purpose "to commit an act [separate from the interception itself] that is punishable as a crime under 42 U.S.C. § 1320d-6: knowingly disclose [PHI and PII] without authorization for marketing purposes." *See* 2025 WL 1756364, at *3. A copy of the *Teledoc* decision, which further supports points raised in Plaintiff's Opposition, is attached as Exhibit A for the Court's consideration.

Date: June 30, 2025

Respectfully submitted,

By: */s/ Lane L. Vines*

Sherrie R. Savett
Lane L. Vines
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
ssavett@bm.net
lvines@bm.net

Sophia M. Rios (*pro hac vice*)
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
Tel.: (619) 489-0300
srios@bm.net

Jonathan Shapiro (BBO No. 454220)
SHAPIRO & TEITELBAUM LLP
55 Union Street, 4th Floor
Boston, MA 02108
Tel.: (617) 742-5800
jshapiro@jsmtlegal.com

*Attorneys for Plaintiff*
*and the proposed Class and Subclass*

**CERTIFICATE OF SERVICE**

I certify that on June 30, 2025, I caused a true and correct copy of the PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS to be served on counsel of record via the court's CM/ECF which sends notification to all registered parties.

*/s/ Lane L. Vines*
Lane L. Vines