**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

JANE DOE, Individually and on behalf of all others similar situated,

Plaintiff,

v.

BAYSTATE HEALTH SYSTEM, INC.,

Defendant.

Case No.: 1:25-CV-10337-JEK

**DEFENDANT BAYSTATE HEALTH, INC.'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Baystate Health, Inc. ("Baystate") submits this Second Notice of Supplemental Authority to direct the Court's attention to a recent Report and Recommendation of the United States District Court for the District of Massachusetts in *Doe v. Lawrence General Hospital*, 25-cv-10081-NMG (D. Mass. Aug. 29, 2025) (Exhibit A), which is highly relevant to Baystate's pending Motion to Dismiss Plaintiff Jane Doe's Amended Complaint [ECF No. 25].

On August 29, 2025, Magistrate Judge Levenson issued a Report and Recommendation to Judge Gorton recommending Judge Gorton grant Lawrence General Hospital's motion to dismiss Plaintiff Doe's ECPA claim. Magistrate Judge Levenson's detailed analysis further supports the arguments Baystate made in its Motion to Dismiss.

(1) Under the ECPA, "purpose" is an essential element, distinct from the minimal intent required under HIPAA. (*see* Ex. A at 22);

(2) The crime-tort exception requires that the interceptor "have the intent to use the illicit recording to commit a tort or crime beyond the act of recording itself" (*see* Ex. A at 23); and

(3) The alleged HIPAA violation must be "separate and independent" from the alleged interception itself; it cannot stem directly from the same disclosure underlying the ECPA claim. (*see* Ex. A at 25).

Magistrate Judge Levenson noted that "[t]he allegations of the Complaint "fail to plausibly support an inference that LGH's purpose in deploying the web tracking tools was anything other than the usual reason why website operators use such tools: to help run their websites." (Ex. A at 31). As such, Baystate respectfully requests the Court consider the Report and Recommendation as supplemental authority

Dated: September 18, 2025

Respectfully submitted,

BAYSTATE HEALTH SYSTEM, INC.

By: */s/ Lisa Oliver White*
Lisa Oliver White, BBO# 666841
**SHOOK, HARDY & BACON L.L.P.**
One Federal Street, Suite 2620
Boston, MA 02110
Tel: (617) 531-1411
lowhite@shb.com

Tammy B. Webb (*pro hac vice*)
Aubrey Kramer (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900
twebb@shb.com

Jad Sheikali (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
111 South Wacker Drive
Chicago, IL 60606
Tel: (312) 704-7700
jsheikali@shb.com

Anna A. Gadberry (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**

2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550
agadberry@shb.com

***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

I, Jad Sheikali, do hereby certify that on September 18, 2025, a true and correct copy of the foregoing document was served upon all counsel of record via the CM/ECF system of the United States District Court for the District of Massachusetts.

*/s/ Jad Sheikali*
Jad Sheikali