**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

JANE DOE, Individually and on behalf of all others similar situated,

Plaintiff,

v.

BAYSTATE HEALTH SYSTEM, INC.,

Defendant.

Case No.: 1:25-CV-10337-JEK

**DEFENDANT BAYSTATE HEALTH, INC.'S THIRD NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Baystate Health System, Inc. ("Baystate") submits this Third Notice of Supplemental Authority to direct the Court's attention to a recent decision of the United States District Court for the District of Massachusetts in *Doe, et al. v. Emerson Hosp.*, No. 1:25-cv-13631-RGS (D. Mass. Feb. 11, 2026), which is highly relevant to Baystate's pending Motion to Dismiss Plaintiff Jane Doe's Amended Complaint [ECF No. 25]. In *Emerson*, the Court dismissed plaintiffs' common law claims for invasion of privacy, breach of fiduciary duty and/or common law duty of confidentiality, breach of implied contract, and unjust enrichment under similar circumstances. The Court held plaintiffs' allegations were insufficient to plausibly allege any of their claims because they failed to "identify any *concrete* examples" of how they used Emerson's website, portals, or mobile application and therefore failed to provide Emerson "with adequate notice of the PHI it allegedly disclosed to third-party advertisers." A copy of the *Emerson* decision, which further supports points raised in Baystate's Motion to Dismiss, is attached as Exhibit A for the Court's consideration.

Dated: February 18, 2026

Respectfully submitted,

BAYSTATE HEALTH SYSTEM, INC.

By: */s/Lisa Oliver White*
Lisa Oliver White, BBO# 666841
**SHOOK, HARDY & BACON L.L.P.**
One Federal Street, Suite 2620
Boston, MA 02110
Tel: (617) 531-1411
lowhite@shb.com

Tammy B. Webb (*pro hac vice*)
Aubrey Kramer (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900
twebb@shb.com

Jad Sheikali (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
111 South Wacker Drive
Chicago, IL 60606
Tel: (312) 704-7700
jsheikali@shb.com

Anna A. Gadberry (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550
agadberry@shb.com

***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

I, Jad Sheikali, do hereby certify that on February 18, 2026, a true and correct copy of the foregoing document was served upon all counsel of record via the CM/ECF system of the United States District Court for the District of Massachusetts.

*/s/ Lisa Oliver White*
Lisa Oliver White